AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Harvey Dozier, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:09-cv-1605-DCN |
| | ) | |
| v. | ) | |
| Michael J. Astrue, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

■ other: It is ordered that the decision of the Commissioner is hereby REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g).

This action was (check one):

☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury an the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge.

Date: August 16, 2010                    CLERK OF COURT

                                         S/ Glenda J. Nance
                                             Signature of Clerk or Deputy Clerk